UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| PHILIP ORTIZ,<br>    Plaintiff<br><br>v.<br><br>ELLINGTON AUTO SALES & FINANCING, LLC and AUTOFLOW FINANCING, LLC<br>    Defendants | CASE NO. 3:12-cv-00655-CSH<br><br><br><br>OCTOBER 31, 2012 |
|---|---|

## MOTION FOR ENTRY OF DEFAULT FOR FAILURE TO PLEAD

     Pursuant to F.R.C.P. Rule 55, the plaintiff in the above-captioned action hereby moves for an entry of default against the defendants, Ellington Auto Sales & Financing, LLC and Autoflow Financing, LLC, for their failure to file a responsive pleading to Plaintiff's Complaint, within the time allowed prescribed by the Federal Rules of Civil Procedure.  On June 5, 2012 waivers of the service of summons were e-filed for each defendant (Docs. 6 and 7) and on July 9, 2012 an Appearance was filed on behalf of both defendants, but the defendants have failed to answer despite several requests that they do so.

**PLAINTIFF, PHILIP ORTIZ,**

By: /s/Daniel S. Blinn
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel (860) 571-0408
Fax (860) 571-7457
dblinn@consumerlawgroup.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 31rst day of October 2012, a copy of foregoing Motion for Default for Failure to Plead was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

              /s/Daniel S. Blinn
              Daniel S. Blinn