UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP ORTIZ )<br>    Plaintiff )<br> )<br>v. )<br> )<br>ELLINGTON AUTO SALES & )<br>FINANCING, LLC and )<br>AUTOFLOW FINANCING, LLC )<br>    Defendants )<br>_____) | CIVIL ACTION NO.<br>3:12-cv-00655-CSH<br><br><br><br><br><br><br><br>DECEMBER 12, 2012 |

## PLAINTIFF'S MOTION FOR JUDGMENT

Pursuant to Fed. R Civ. P. 55(b), the Plaintiff hereby moves that a Default Judgment be entered in this matter against the Defendants. In support of this Motion, the Plaintiff attaches his Memorandum of Law in Support of Motion for Judgment, the Declaration of undersigned counsel, and a Memorandum of Law in Support of Attorney's Fees. Plaintiff also submits his affidavit in support of damages.

**PLAINTIFF, PHILLIP ORTIZ,**

By:   /s/ Daniel S. Blinn

Daniel S. Blinn, Esq. (ct02188)
Consumer Law Group, LLC
35 Cold Spring Rd, Suite 512
Rocky Hill, CT  06067-9997
Tel (860) 571-0408
Fax (860) 571-7457
Juris No. 414047

2

## CERTIFICATE OF SERVICE

     I hereby certify that on this 12th day of December, 2012, a copy of the foregoing Motion for Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/Daniel S. Blinn
                                                    Daniel S. Blinn