# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILIP ORTIZ,<br>    Plaintiff<br><br>v.<br><br>ELLINGTON AUTO SALES & FINANCING, LLC and AUTOFLOW FINANCING, LLC<br>    Defendants | CASE NO. 3:12-cv-00655-CSH<br><br><br><br>JANUARY 4, 2013 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Philip Ortiz, through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**PLAINTIFF, PHILIP ORTIZ,**

By: /s/Daniel S. Blinn
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel (860) 571-0408
Fax (860) 571-7457
dblinn@consumerlawgroup.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of January 2013, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                          /s/Daniel S. Blinn
                                          Daniel S. Blinn